# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2043

_____

| | | |
|---|---|---|
| Larry Gene Critel, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Lyle J. Koenig; David L. Piester; | * | |
| Richard G. Kopf; Pasco M. Bowman; | * | [UNPUBLISHED] |
| Diana E. Murphy; George G. Fagg, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 22, 1998
Filed: June 2, 1998

_____

Before McMILLIAN, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Larry Gene Critel appeals the district court's[1] order granting defendants' separate motions to dismiss his complaint. After carefully reviewing the record, we conclude the district court did not commit error. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.